IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN SEEDS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>BLAKE W. BARTELS,<br><br>            Defendant. | **8:20CV84**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Quinn R. Eaton, as counsel of record for Plaintiff, (Filing No. 16), is granted. Quinn R. Eaton shall no longer receive electronic notice in this case.

Dated this 22nd day of September, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge