IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN SEEDS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BLAKE W. BARTELS,<br><br>    Defendant. | **8:20CV84**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Rodney Dahlquist, Jr. on behalf of Mary K. Navratil, as counsel of record for Defendant, (Filing No. 32), is granted. Mary K. Navratil shall no longer receive electronic notice in this case.

Dated this 7th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge