IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN SEEDS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>BLAKE W. BARTELS,<br><br>        Defendant. | **8:20CV84**<br><br>**AMENDED PROGRESSION ORDER** |

The parties' joint motion to extend certain progression deadlines (Filing No. 36) is granted and following deadlines are extended:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 3, 2021.

2) The deadline for filing motions to dismiss and motions for summary judgment is October 8, 2021.

Dated this 23rd day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge